No. 139. THOMSON, TRUSTEE, ET AL. *v.* GASKILL ET AL. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted.

*Messrs. Wymer Dressler, Robert D. Neely, W. C. Fraser,* and *W. T. Faricy* for petitioners. *Mr. Nelson C. Pratt* for respondents.